UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:99-CR-508-RLH-RJJ |
| Plaintiff, ) | |
| vs. ) | |
| NORMAN NIANDONG LUI ) | |
| Defendant. ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#119), sentencing having been imposed on May 23, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MONTE CARLO HOTEL AND CASINO
Amount of Restitution: $8,000.00

Name of Payee: CAESARS PALACE
Amount of Restitution: $8,000.00

Name of Payee: HARRAHS HOTEL AND CASINO
Amount of Restitution: $8,000.00

Name of Payee: SHERATON DESERT INN
Amount of Restitution: $8,000.00

Name of Payee: RIVIERA HOTEL & CASINO
Amount of Restitution: $8,000.00

**Total Amount of Restitution ordered:** $40,000.00**

**Joint and several with co-defendants Jian Guang Zhao, Zi Xiang Zhen, Kam Ming Chin and Steven Kwonghun Lok

Dated this ____21____ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE